No. 84–6024. Brown v. Wainwright, Director, Florida Department of Corrections, et al. C. A. 11th Cir. Certiorari denied.

No. 84–6031. Krug v. Abel. C. A. 7th Cir. Certiorari denied.

No. 84–6035. Ballengee v. Holland, Warden. Sup. Ct. App. W. Va. Certiorari denied.

No. 84–6037. Faison v. Davis, Judge, et al. C. A. 11th Cir. Certiorari denied.

No. 84–6038. Stewart v. Blackburn, Warden. C. A. 5th Cir. Certiorari denied.

No. 84–6042. Bradley v. Rees, Warden. C. A. 6th Cir. Certiorari denied.

No. 84–6044. Day v. DeAnda, Judge, United States District Court for the Southern District of Texas, et al. C. A. 5th Cir. Certiorari denied.

No. 84–6046. Moore v. Procunier, Director, Texas Department of Corrections. C. A. 5th Cir. Certiorari denied.

No. 84–6047. Norris v. Davis, Warden, et al. C. A. 11th Cir. Certiorari denied.

No. 84–6056. Minneman v. Indiana. Sup. Ct. Ind. Certiorari denied.

No. 84–6058. Pallett v. Malheur County Circuit Court. Sup. Ct. Ore. Certiorari denied.

No. 84–6066. Cooper v. Maryland. Ct. Sp. App. Md. Certiorari denied.

No. 84–6072. Westfall v. Holland, Warden. Sup. Ct. App. W. Va. Certiorari denied.

No. 84–6126. Combs v. United States. C. A. 6th Cir. Certiorari denied.

No. 84–6137. Stead v. United States. C. A. 6th Cir. Certiorari denied.